**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELISETH URENA, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ENHANCED RECOVERY COMPANY, LLC<br>　　　　　　　　Defendant. | Docket No: 1:17-cv-01721-PKC-ST<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff ELISETH URENA, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Cohen _____
　　　　　　　　　　　　　　　　　　　Daniel Cohen, Esq.
　　　　　　　　　　　　　　　　　　　Daniel Cohen, PLLC
　　　　　　　　　　　　　　　　　　　30 Cadman Plaza W, 12th floor
　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　　　　　　　　　　Phone: (646) 645-8482
　　　　　　　　　　　　　　　　　　　Fax:　 (347) 665-1545
　　　　　　　　　　　　　　　　　　　Email: Dan@dccohen.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated:　Brooklyn, New York
　　　　May 2, 2017

1